CITATION
STATE OF LOUISIANA

| | |
|---|---|
| ALONDA JENKINS VEAL | 27th JUDICIAL DISTRICT COURT |
| VS | PARISH OF ST. LANDRY |
| PRIMERICA LIFE INSURANCE COMPANY ETAL | CIVIL NO. C-191310A |

TO THE DEFENDANT   MELISSA DOUCET WHO MAY BE SERVED AT 730 GARLAND AVE. OPELOUSAS, LA 70570

You are hereby summoned to comply with the demand contained in the petition/of which a true and correct copy (exclusive of exhibits) accompanies this citation, or make an appearance, either by filing a pleading or otherwise, in the 27th Judicial District Court in and for the Parish of St. Landry, State of Louisiana, within fifteen (15) days after the service hereof, under penalty of default.

Witness the Honorable the Judges of said Court, this __20TH__ day of __MARCH__, A. D. 2019.

Issued and delivered    __March 21, 2019__

*Stacie Savage*
Deputy Clerk of Court


REQUESTED BY:    QUINCY CAWTHORNE

ST LANDRY SHERIFF CIVIL
MAR 21 '19 AM 10:31


EXHIBIT winglobo

3379481653   St Landry Parish Clerk of Cour                    08:15:45 a.m.   04-22-2019         1/3

ATTN: Sharon ~~~

# CITATION
## STATE OF LOUISIANA

| | |
|---|---|
| ALONDA JENKINS VEAL | 27th JUDICIAL DISTRICT COURT |
| VS | PARISH OF ST. LANDRY |
| PRIMERICA LIFE INSURANCE COMPANY ETAL | CIVIL NO. C-191310A |

APR 04 2019

TO THE DEFENDANT  **PRIMEAMERICA LIFE INSURANCE COMPANY WHO MAY BE SERVED THROUGH ITS AGENT FOR SERVICE OF PROCESS: LOUISIANA SECRETARY OF STATE HONORABLE R. KYLE ARDOIN 8585 ARCHIVES AVE. BATON ROUGE, LA 70809**

You are hereby summoned to comply with the demand contained in the petition/of which a true and correct copy (exclusive of exhibits) accompanies this citation, or make an appearance, either by filing a pleading or otherwise, in the 27th Judicial District Court in and for the Parish of St. Landry, State of Louisiana, within fifteen (15) days after the service hereof, under penalty of default.

Witness the Honorable the Judges of said Court, this __20TH__ day of __MARCH__, A. D. 2019.

Issued and delivered _____ March 21, 2019 _____

*Lacie Savage*
Deputy Clerk of Court

REQUESTED BY:   QUINCY CAWTHORNE

APR 05 2019

I made service on the named party through the Office of the Secretary of State by tendering a copy of this document to ☐ JULIE NESBITT  ☐ TAMMY GLOVER  ☒ MEGHAN SHANKS

E. Cummins
Deputy Sheriff, Parish of East Baton Rouge, Louisiana

RETURNED AND FILED 4/12/19
Deputy Clerk of Court

| | | |
|---|---|---|
| ALONDA JENKINS VEAL | * | 27TH JUDICIAL DISTRICT COURT |
| | * | |
| VERSUS | * | DOCKET #: 19C 1310 A |
| | * | |
| PRIMERICA LIFE INSURANCE | * | PARISH OF ST. LANDRY |
| COMPANY AND MELISSA DOUCET | * | |
| | * | STATE OF LOUISIANA |

## COMPLAINT FOR DAMAGES

The petition of **ALONDA JENKINS VEAL**, a person of the full age of majority and resident of the Parish of St. Landry, State of Louisiana, the widow of Delanzo Veal, respectfully represents:

1.

Made defendant herein are:

1. **PRIMERICA LIFE INSURANCE COMPANY ("PRIMERICA LIFE")**, a foreign insurance company authorized to do and is doing business within the boundaries of the State of Louisiana and Parish of St. Landry;

2. **MELISSA DOUCET,** a licensed insurance agent, licensed to do and doing business in the State of Louisiana, who may be served at 730 Garland Avenue, Opelousas, Louisiana 70570.

2.

Venue is also proper in this Court since the petitioner was damaged by the defendants' actions and this Court has personal jurisdiction over the defendants as the defendants are domiciled and registered to do business in the State of Louisiana.

3.

At all times relevant hereto, Petitioner, **ALONDA JENKINS VEAL** and her late husband, Delanzo Veal, were issued life insurance policies by **PRIMERICA LIFE**, said policies which are regulated by the Louisiana Department of Insurance and are regulated by the Louisiana Legislature in Statutes concerning claim handling, payments, and treatment under La.R.S. 22:1892, 22:1973, and 22:1811 *et. seq.*

4.

At all times relevant hereto, defendant, **PRIMERICA LIFE,** provided a policy of insurance to **ALONDA JENKINS VEAL**, which provided coverage for the incidents and damages at issue herein.

5.

The defendant, **PRIMERICA LIFE**, is justly and truly indebted to petitioner for life insurance benefits in the total amount of $150,000.00, in addition to other related damages and

costs, as being the beneficiary resulting from the death of **ALONDA JENKINS VEAL's** husband, Delanzo Veal, together with penalties, attorney's fees, statutory interest, and costs.

6.

On June 23, 2018, Delanzo Veal passed away from gunshot wound as concluded by the coroner.

7.

At the time of his death, Delanzo Veal was insured by a life insurance policy underwritten and authorized by defendant, **PRIMERICA LIFE**, with policy No. 04-90713664. The policy covered accidental death and untimely death. In compliance with the policy petitioner, **ALONDA JENKINS VEAL**, promptly reported the death to **MELISSA DOUCET** and representatives of **PRIMERICA LIFE**. Petitioner provided proof of the death, cooperated with **PRIMERICA LIFE**, and requested payment under policy terms.

8.

Satisfactory proof of loss was supplied to **PRIMERICA LIFE** to obtain payment by **PRIMERICA LIFE** for the death of the policyholder, Delanzo Veal. However, PRIMERICA Life has perpetually ignored any and all claims, proofs of losses, communications, or otherwise made by the petitioner, policyholder, **ALONDA JENKINS VEAL. PRIMERICA LIFE**, in turn, denied the claim pointing out that the application stated that the policyholder, Delanzo Veal, falsely and potentially fraudulently stated that he was a non-smoker and committed a misrepresentation on the life insurance application performed on June 7, 2017, in failing to state that Delanzo Veal, was a smoker. At no time prior to or during the application interview for this life insurance policy was petitioner, or her late husband, Delanzo Veal, (now deceased) a smoker.

9.

## FAILURE TO PAY

The policy written by **MELISSA DOUCEET**, an insurance agent or the policy provided by **PRIMERICA LIFE INSURANCE COMPANY** provides for insurance coverage for petitioner since she is the named beneficiary. However, **PRIMERICA LIFE** has continuously ignored its obligations under the policy of insurance and has failed to pay any amounts as required in a timely manner under La.R.S. 22:1892 and La.R.S. 22:1973.

10.

Thereafter, **MELISSA DOUCET AND PRIMERICA LIFE INSURANCE COMPANY** failed to fulfill its obligations under the policy of insurance, and is therefore liable unto your Petitioner for the following reasons, to-wit:

a. Failing to pay for all damages due under the policy;

b. Committing negligent claims handling adjusting, and/or potentially committing intentional misrepresentations to avoid payment;

c. Failing to properly handle and adjust this insurance claim;

d. Breach of contract;

e. Intentional and Negligent infliction of emotional distress;

f. Arbitrary and capricious claim handling, subjecting defendant to penalties, attorney's fees, and general and special damages pursuant to LSA R.S. Arts. 22:1973 (formerly 22:1220) and 22:1892 (formerly 22:658).

11.

As a result of the foregoing acts and/or omissions, **DEFENDANT PRIMERICA LIFE INSURANCE COMPANY** should adequately compensate Petitioner for all items covered under the policy of insurance, including but not limited to:

a. Full value of the life insurance policy;

b. Bad faith penalties and statutory damages codified under La.R.S. 22:1973, 22:1892, 22:1893, and 22:1811;

c. Mental anguish, including inconvenience, especially concerning petitioner's inability to pay for her late husband's funeral which resulted in substantial financial hardship;

d. Attorney's Fees as allowed under the Louisiana bad faith statutes;

e. Legal interest as allowed by statute up to eighteen (18%) per annum under La.R.S. 22:1811;

f. Arbitrary and capricious penalties, attorney's fees, and general and special damages pursuant to LSA R.S. Arts. 22:1973 (formerly 22:1220) and 22:1892 (formerly 22:658).

## PRAYER FOR RELIEF

WHEREFORE, plaintiff ALONDA JENKINS VEAL prays that the defendants, PRIMERICA LIFE INSURANCE COMPANY and MELISSA DOUCET, be served with a copy of this petition, and that after all legal delays they be required to answer same and after all proceedings there be a judgment in favor of petitioner for all amounts commensurate with her damages to include full insurance benefits, general and special damages, attorney's fees, interest, and arbitrary and capricious penalties and attorney's fees and interest pursuant to LSA R.S. Arts. 22:1973, 22:1892, 22:1893, and 22:1811 all as reasonable under the premise, to be determined by the trier of fact; said judgment against defendants, PRIMERICA LIFE INSURANCE COMPANY AND MELISSA DOUCET, together with legal interest thereon from the date of judicial demand until paid, for all cost of these proceedings, for all expert fees and for all general and equitable relief.

## REQUEST FOR TRIAL BY JURY

Plaintiff requests that the above and foregoing be heard at trial by a jury of her peers.

Respectfully submitted:

DORAN & CAWTHORNE, P.L.L.C.

/s/ Nahshon Route
Quincy L. Cawthorne, #29791
Dwazendra J. Smith, #32696
Nahshon J. Route, #37848
521 East Landry Street (70570)
Post Office Box 2119
Opelousas, LA 70571
Phone: (337) 948-8008
Fax:   (337) 948-0098

Attorney for Alonda Jenkins Veal

*PLEASE SERVE:*

**PRIMEAMERICA LIFE INSURANCE COMPANY**
Who may be served through its agent for service of Process
Louisiana Secretary of Sate
Honorable R. Kyle Ardoin
8585 Archives Avenue
Baton Rouge, Louisiana 70809

**MELISSA DOUCET**
Who may be served at
730 Garland Avenue
Opelousas, Louisiana 70570