# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **Veal** | **Docket no. 6:19-cv-00524** |
| **Versus** | **Judge Michael J Juneau** |
| **Primerica Life Insurance Co, et al** | **Magistrate Judge Carol B Whitehurst** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendations are correct under the applicable law, and for the reasons orally assigned at the hearing held on September 19, 2019;

**IT IS ORDERED** that the Motion for Remand filed by Plaintiff, Alonda Jenkins Veal, Rec. Doc. [9], is **DENIED.**

**IT IS FURTHERED ORDERED** that all claims against Melissa Doucet, the non-diverse defendant, be **DISMISSED WITHOUT PREJUDICE**.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 19th day of September, 2019.

_____
MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE